CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 26 2017
JULIA C. DUDLEY, CLERK
BY: H McDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TYRONE DEON DILLARD, | ) | CASE NO. 7:16CV00458 |
| | ) | |
| Petitioner, | ) | |
| v. | ) | ORDER |
| | ) | |
| LARRY T. EDMONDS, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the motion to dismiss (ECF No. 7) is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**, and the clerk shall **STRIKE** this action from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 26th day of September, 2017.

Senior United States District Judge